**Exhibit A to the Complaint**

**Location:** Chelmsford, MA  
**Total Works Infringed:** 74

**IP Address:** 24.62.248.230  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash:<br>68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-21-2022<br>14:31:18 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 2 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash:<br>9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 07-11-2022<br>14:11:44 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 3 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash:<br>1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 07-11-2022<br>14:11:03 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 4 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash:<br>9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 06-21-2022<br>09:50:41 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 5 | Info Hash: 0B43B512524D2A6E2494591C859D69ED0E247FD0<br>File Hash:<br>9099ACE5AE3B0BEEBA5AC3E120C487044A737801A25A9A00A07370B97F01154D | 06-20-2022<br>11:10:40 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 6 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash:<br>C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 06-20-2022<br>11:10:17 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 7 | Info Hash: 16617922850097731287FF6D78415BAB4518093D<br>File Hash:<br>EFE8E506427B8ED56EB6E6F75C20485DF65EAB36AA7424130FBC3EA75472D230 | 06-20-2022<br>11:04:32 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 8 | Info Hash: 1728CB5F8700CB059FF02BBFCEB8884985F57CD7<br>File Hash:<br>3031212457D6D3977B24E542FD2BD9DB5EC49B47F6E305DED4DE803836F8D750 | 06-07-2022<br>14:32:46 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 9 | Info Hash: 7DFF5595645239373D2A4D82A8BA3E69EB32ABAE<br>File Hash:<br>2BB7B3081E70A0FC1174BCB9173E5C3A912EF8AB2147D84271D71CC9FB54FCD3 | 06-07-2022<br>14:31:45 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 10 | Info Hash: 848D53796E57ECC9339584B00C85DBECC15B1972<br>File Hash:<br>71BA8001D0DB2EABF4C24A1E059187713B008BB937F30A0217782816A4C04421 | 05-30-2022<br>01:05:24 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 11 | Info Hash: 4F58943085E73C9139E8F938565E2561B0B6BDE7<br>File Hash:<br>0AFE4D1FAD285B1160308A887824910E1EE56599360B2B7935E8B86190E51E73 | 05-26-2022<br>10:42:10 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash: C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 05-23-2022 01:35:34 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 13 | Info Hash: E5EA15B7345AA3784B86AC90DBF931479525790E<br>File Hash: E187E955BC211670C77B916369B9ECDEF074F86B8F4387C984DF8CBAB6010336 | 05-23-2022 01:33:53 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 14 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 05-14-2022 02:48:29 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 15 | Info Hash: 42D042262B0B988B4AFD2252CCE7DAC705E12FF0<br>File Hash: EC754E17A7E0CC2A27D26B3F2CAC2A9605374CA08594FD412512C4548BC1A2B4 | 05-09-2022 10:32:57 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 16 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash: 47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 05-09-2022 10:31:10 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 17 | Info Hash: 83E9EF24FC9AD406EA2C7A86288848332835BE9E<br>File Hash: AB12D7E9DCAADA8A85C66CED075437DB02AD110A77398552114A144EE4BF68C4 | 05-04-2022 10:42:44 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 18 | Info Hash: E5044C340705C68E653525F264547C5210AFCD89<br>File Hash: 094536A798B5D33A31D65F4405E40AF93606C9725042CD04FD964B165E9BD263 | 04-27-2022 22:39:12 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 19 | Info Hash: 69908303363D635A5C0989EFC8F2370F9107ADC1<br>File Hash: AC69B5FB8F99E10E0567B0D0D2DF5A8E9EB6DA595CACA93A61DEB1D17D08AD93 | 04-26-2022 22:48:12 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 20 | Info Hash: 4921C69C7C859498B8BF4A2FB83A9C6AA67D2CEE<br>File Hash: EC1B7612C0DBBD5C4169639D43F31F14FEBE57A1AAA46F4231D33BC5F257BC93 | 04-26-2022 22:40:38 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 21 | Info Hash: FD3B71019CBB5E802E9CA726B0C5C421B0E4A5D1<br>File Hash: 616B24219397EA9989A0CF2721183852BAD80459EA1B413837B1772011782DD7 | 04-20-2022 05:04:20 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 22 | Info Hash: 5304A62BDB248AB9B666832E0F01E68B90968B40<br>File Hash: 315FC0EF9FA746F2C9174F519AF55E9072BE1A92B3BC7C6A16CCF81E9E1950D2 | 04-20-2022 05:02:15 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 23 | Info Hash: 8992FC993BD1C3B2FDFC21566D3F15BA2377B8CC<br>File Hash: 4FB7470DFA78110527584C84021E97335D3B81BB19CF2F79DE53CA3095BF89DD | 03-28-2022 12:27:49 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 58B2B09977BDC1D713A8B573B1C6F0ECC651853E<br>File Hash: F4438CE7196FF62BF97DA719E3F83C83F3B7461F26716504E573144558DD5EBC | 03-28-2022 12:23:30 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 25 | Info Hash: 69ECE7BD6C605D63E9EBEEFD35082CF1627E2932<br>File Hash: A3628C7AE4DA0E79C6D35487C4FF335DB1B04C0081C7DD4AC946B16F94EBBD1B | 03-28-2022 12:22:59 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |
| 26 | Info Hash: EF42CFEB2B95887526FB35FF0857A2E33BFF215B<br>File Hash: 31B8203AB96DA08D8A9129F6E09062291B380F6D8C1E1EDF63DF0D367E35F7BF | 03-01-2022 11:01:54 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 27 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash: DA2409230A42FC458468201810275 89052AE7C23274AA50393F3E49B9D372671 | 03-01-2022 10:57:47 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 28 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 02-22-2022 10:15:29 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 29 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash: 13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 02-13-2022 19:23:53 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 30 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash: 6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 01-31-2022 14:23:09 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 31 | Info Hash: 3BF8426F875DECFA85506D36A574F80B2A19F08B<br>File Hash: FB143D4830531FA2EB332A2331C575F176F0BDECAA39B9C3AA9588E8BF72EABA | 01-25-2022 13:57:32 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 32 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash: AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 01-18-2022 15:10:46 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 33 | Info Hash: 639F7366853B85815E75CEBDB046E48402E59ACD<br>File Hash: 837885507F3F58246EDBA7D8357B446F958E62FBDB06477F17E6ADD87F91C2D3 | 01-14-2022 20:15:36 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 34 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 01-03-2022 12:58:26 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 35 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash: C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-03-2022 12:57:59 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash: 66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 01-03-2022 12:56:25 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 37 | Info Hash: CCB9E55E86A2B9DCA817559173CE152D89FEE149<br>File Hash: 4E474BFF18A07AB53426EF3C92839F50B199C4A94F789FCB7CC7611C2DA7C3D9 | 01-03-2022 12:55:54 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 38 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 01-03-2022 12:55:47 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 39 | Info Hash: 49AA44C17AB7EF7E8DEAD2ABEB7DAFCCA9BDE2CC<br>File Hash: 33CF0352EB90E38E8DEE767FB8FB8AB2662318B2A0C3BE6523EF801D48D4C014 | 01-03-2022 12:55:20 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 40 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 01-03-2022 12:54:22 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 41 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 12-10-2021 10:53:07 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 42 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 12-10-2021 10:50:22 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 43 | Info Hash: 74898BC0F83F8E93BADCC898871832B64E0AE00A<br>File Hash: 900754436E54717A4FDC2E91E7AC80E6E3C9993108D0B49B80029038E41591D0 | 12-10-2021 10:50:14 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 44 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-15-2021 11:25:33 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 45 | Info Hash: AE5FB05C7C820158FEFB50286318ECE012C72AEC<br>File Hash: EB884ADC4081E604755AA5AE4C7221562537619D2635D5768798531088193748 | 11-15-2021 11:21:26 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 46 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash: DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 11-12-2021 03:05:36 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 47 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-13-2021 09:50:22 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 343469C81E554999AA138B4E8CF3EF6ED54D4389<br>File Hash: 4571AC943DDA6169990985020A86CDD327E998F1CA7DC94CE1742C508289DDF3 | 10-06-2021 12:19:56 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 49 | Info Hash: 6C5F19A71ECCA0A465857AB73C180A5A676F3606<br>File Hash: 059EC8D696D691383580FC7C82ABBAC3CC0679DAF75C978A0E4D5644A675D819 | 10-06-2021 12:19:08 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 50 | Info Hash: 3321D4A107CC41A39D14B9A2A14AFCD6203788D2<br>File Hash: DCF1E61DABBDACAA1F49306554569F401A676C097E6BFD2734C8AD5082C1F676 | 10-06-2021 12:15:42 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 51 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash: 5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 09-20-2021 15:52:08 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 52 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash: A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 09-20-2021 15:38:48 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 53 | Info Hash: 752E7DEB87A02334B5649EE1FC8F0D941D627158<br>File Hash: 71B09A393C031EA3C4E064DF8E2A8D683B27DDB53606D4942CBE12A690354ED8 | 09-16-2021 16:23:09 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 54 | Info Hash: F1584FAF400BC09FABE20E779B802AFC7FE8A611<br>File Hash: 24C378B8BACF28DAC8B8B20B69A1BD1ECEDFE895E79BB51DB21C6A2B80B5D914 | 09-16-2021 16:23:03 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 55 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 09-16-2021 16:22:30 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 56 | Info Hash: A8D53DEA08B7746C34DE4E64268673293D4422DD<br>File Hash: 9B389B6727C960BE5B06EB871C31476FB2D65C189CD6DE5A36DD352B11208903 | 09-16-2021 16:21:55 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 57 | Info Hash: 97411C3987A905CD4C458D6A88BC8EB53796B51B<br>File Hash: 169C2D70CE4F3BF1320FE3AB4A5BF7A90BF0429D9734BBF6A872DA7BF3CAA5C0 | 09-02-2021 12:48:53 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 58 | Info Hash: 51C5B8FED86E91E7B29A67C636149B7EF48E4993<br>File Hash: 9B00A5D7AA203F39A0524570796CCF18C944AFC45E74D83E93F2B51B7238EEC3 | 08-13-2021 04:00:56 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 59 | Info Hash: 2ABFE1DCAEC1D501F99D5CA64DA28A6C1F3FD199<br>File Hash: 6EC8DD142AA4464B4E54B42C19D4041A53FDA6C9140BA3F17AD78BEDF1B95679 | 08-13-2021 03:57:00 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 07-13-2021 14:41:38 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 61 | Info Hash: 6C93472B870D1A3FBCE36D3F90CC0E1E9DBD0E15<br>File Hash: 5958605F5086F5D45257FDD2CA4E68380E869342BFE06E9C9E4BC48334ADC732 | 07-13-2021 14:41:31 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 62 | Info Hash: 44DBCFD36B5F365555FC1E6093BE4755B03FD862<br>File Hash: 5E4C939E1A6376733ED50A1750625A65FA8E08E2119898F459DEE9AD88D0C498 | 07-13-2021 14:39:55 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 63 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 07-09-2021 13:00:47 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 64 | Info Hash: 7B8D0673CAF6CE3565EA151302ADBCE891CC3F11<br>File Hash: EADBBBB1C4C156D1DA864BFACF476E7D91FE57D1F9E65DD008014E7483FFBBED | 07-09-2021 13:00:34 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 65 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 07-09-2021 13:00:05 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 66 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 07-09-2021 12:59:52 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 67 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 07-09-2021 12:59:36 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 68 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash: 7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 07-09-2021 12:58:20 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 69 | Info Hash: 01CC874EEB1A3F109F1331F296881481C049C1BC<br>File Hash: 317780DD02B7F71213A1F399309D732F9D81F4221C301A2BBA1228F6565D807D | 07-09-2021 12:57:17 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 70 | Info Hash: 7FF31BAE159F522447D023CD6FC27CA0C3E4EE35<br>File Hash: 3C4C82D316C5F8DC31AC46F754A6847B902597E7145CDCB0F990567B216A07BB | 07-09-2021 12:57:16 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 71 | Info Hash: 177CFD4D652475B5EF00F393977809C79A69B70B<br>File Hash: E8EA6BADC1F18AC0C1695C21C0CD699BF59E094193E999894E1FB91A0921BC24 | 07-09-2021 12:56:56 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash:<br>23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 07-09-2021 12:56:33 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 73 | Info Hash: 6419AB363015515ED3967AEC17E55D06AF514FD0<br>File Hash:<br>FAEC65503943C685B1F611B238C74C21B3E57A21B7F6DB49EE7E815D320FEB6C | 07-09-2021 12:53:13 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 74 | Info Hash: 890C3437529B678E2DFF8A7A86A3006FF2D7B85D<br>File Hash:<br>3E0756F0FD3E4A8F28FB50DE99E5B5E44D5CCEF60B28C0BB7F201719D7CEEB72 | 06-29-2021 14:53:51 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |