UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Strike 3 Holdings, LLC<br><br>Plaintiff<br><br>-vs-<br><br>John Doe subscriber assigned IP address<br><br>Defendant | 1:22-cv-11261-DJC |

MOTION TO QUASH SUBPOENA AND BRIEF EXPLANATION

The Defendant submits the brief explanation in support of the motion to quash the subpoena duces tecum served in the case 1:22-cv-11261-DJC

    1. The Complaint does not provide appropriate copyright registration forms or even list the copyrighted materials-as opposed to merely the "site" that the Defendant allegedly infringed on.

    2. Exhibit A mentioned and attached to the Complaint does not provide such registration numbers, nor does Plaintiff's Copyright Form

    3. By failing to identify which copyrighted materials Plaintiff owns, and which materials Defendant infringed on, the Complaint fails to contain sufficient factual matter to "state a claim to relief that is plausible on its face"

In conclusion, for the foregoing reasons the subpoena should be quashed and a protective order should issue.

Respectfully submitted

Defendant   10/14/2022